# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEPHEN SPINKS

NO. 2026 KW 0793

**AUGUST 10, 2026**

---

In Re:    Stephen Spinks, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 24-CR10-154954.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk's Office reflect that the Washington Parish Clerk's Office provided relator with the bill of information, court minutes, and the uniform commitment order on April 20, 2026, and the guilty plea transcript on June 17, 2026.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT